UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SABRINA L. BARBER; BETH BARTLETT;            :
CARRIE R. BOOTS; REBECCA L. BRAUN;
MARLENE J. BREWER; SANDRA BROOKS;            :
LINDA S. BUTLER; LARRY R. CARMIN;
GLENNA J. CHAMBERLIN; MARY J.                :
CLASPILL; MARY F. CONWAY; MICHAEL
D'AGOSTINO; LAURA L. DAVIDSON; LUCY          :
DOMENECH; CAMILLE FAU; MAGARET H.
HARRIS-ARHIN; MARGO M. LEMONIS;              :
DONNIE J. LEWIS; STEPHANIE MITCHELL;
REXANNA H. MURPHY; ROBERT PETTIS;            :
SHERRY L. REYNOLDS; MARION THOMAS;
ZENAIDA T. VARONE; SONDRA VINCENT,           :

                                             :
     Plaintiffs.                             :   Civil Action
v.                                           :   No. 04-11353-GAO
                                             :
INDEVUS PHARMACEUTICALS, INC., F/K/A         :
INTERNEURON PHARMACEUTICALS, INC.;           :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH                  :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A              :
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER                  :
INGELHEIM PHARMACEUTICALS, INC.,
                                             :
     Defendants.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004  
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.