UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SABRINA L. BARBER; BETH BARTLETT;              :
CARRIE R. BOOTS; REBECCA L. BRAUN;
MARLENE J. BREWER; SANDRA BROOKS;              :
LINDA S. BUTLER; LARRY R. CARMIN;
GLENNA J. CHAMBERLIN; MARY J.                  :
CLASPILL; MARY F. CONWAY; MICHAEL
D'AGOSTINO; LAURA L. DAVIDSON; LUCY            :
DOMENECH; CAMILLE FAU; MAGARET H.
HARRIS-ARHIN; MARGO M. LEMONIS;                :
DONNIE J. LEWIS; STEPHANIE MITCHELL;
REXANNA H. MURPHY; ROBERT PETTIS;              :
SHERRY L. REYNOLDS; MARION THOMAS;
ZENAIDA T. VARONE; SONDRA VINCENT,             :
                                               :
       Plaintiffs.                             :     Civil Action
v.                                             :     No. 04-11353-GAO
                                               :
INDEVUS PHARMACEUTICALS, INC., F/K/A           :
INTERNEURON PHARMACEUTICALS, INC.;             :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH                    :
PHARMACEUTICALS, INC F/K/A WYETH-              :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS             :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,               :
                                               :
       Defendants.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  July 6, 2004  
       Boston, Massachusetts

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.