UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SABRINA L. BARBER; BETH BARTLETT; : 
CARRIE R. BOOTS; REBECCA L. BRAUN; :
MARLENE J. BREWER; SANDRA BROOKS; :
LINDA S. BUTLER; LARRY R. CARMIN; :
GLENNA J. CHAMBERLIN; MARY J. :
CLASPILL; MARY F. CONWAY; MICHAEL :
D'AGOSTINO; LAURA L. DAVIDSON; LUCY :
DOMENECH; CAMILLE FAU; MAGARET H. :
HARRIS-ARHIN; MARGO M. LEMONIS; :
DONNIE J. LEWIS; STEPHANIE MITCHELL; :
REXANNA H. MURPHY; ROBERT PETTIS; :
SHERRY L. REYNOLDS; MARION THOMAS; :
ZENAIDA T. VARONE; SONDRA VINCENT, :
 :
    Plaintiffs, : Civil Action
v. : No. 04-11353-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 2, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant,  
Indevus Pharmaceuticals, Inc.